Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| EL PUEBLO DE PUERTO RICO<br><br>Recurrida<br><br>V.<br><br>KEVIN UBIÑAS GERENA<br><br>Peticionario | KLCE202301439 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Aguadilla<br><br>Caso Núm.: ALA2023G0050 ASC2023G0095-96<br><br>Sobre: SUPRESIÓN DE EVIDENCIA |
|---|---|---|

Panel integrado por su presidenta, la Jueza Domínguez Irizarry, la Jueza Grana Martínez y el Juez Pérez Ocasio.

Grana Martínez, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de febrero de 2024.

Conforme a la discreción que ostentamos para expedir el recurso de *certiorari*, declinamos ejercer la misma, por lo que denegamos la expedición del recurso presentado.

Nuestra determinación se fundamenta en la ausencia de criterios que justifique nuestra intervención con una resolución interlocutoria dentro de un proceso criminal. Véase, *Pueblo v. Rivera Montalvo*, 205 DPR 352, 372 (2020); *Pueblo v. Díaz De León*, 176 DPR 913, 918 (2009).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2024_____